**United States District Court**
For the Northern District of California

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   GILBERT ROBLES HERNANDEZ, JR.,          No. C 12-5400 CW (PR)
    AKA GILBERT ROBLES, JR., ,
5                                            ORDER OF DISMISSAL
            Petitioner,
6
        v.
7
    COMMUNITY HOSPITAL,
8
            Respondent.
9   _____/

10

11       Petitioner, a state prisoner, has filed this <u>pro se</u> petition

12  for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It is

13  not clear whether he is challenging the validity of his conviction

14  or matters related to the conditions of his confinement.  The

15  Northern District, however, is not the proper venue for either

16  challenge.

17       A petition for a writ of habeas corpus filed by a state

18  prisoner in a state that contains two or more federal judicial

19  districts may be filed in either the district of confinement or

20  the district of conviction.  <u>See</u> 28 U.S.C. § 2241(d).  Federal

21  courts in California traditionally have chosen to hear petitions

22  challenging a conviction or sentence in the district of

23  conviction.  <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D.

24  Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal.

25  1968).  Here, Petitioner was convicted in Riverside County

26  Superior Court, which lies within the venue of the Central

27  District of California.  <u>See</u> 28 U.S.C. § 84(c)(1).  Therefore, if

28  he seeks to challenge his state court conviction, jurisdiction is

1 more appropriate in the United States District Court for the

2 Central District of California.

3     Further, Petitioner is incarcerated at Kern Valley State

4 Prison, which is located in Kern County and lies within the venue

5 of the Eastern District of California.  See 28 U.S.C. § 84(b).

6 Thus, if Petitioner seeks to challenge the conditions of his

7 confinement at Kern Valley State Prison, he must file a civil

8 rights complaint in the Eastern District.  See 28 U.S.C.

9 § 1391(b).

10     For the foregoing reasons, the petition is DISMISSED without

11 prejudice to Petitioner's refiling a petition and/or civil rights

12 complaint in the appropriate court.

13     The Clerk of the Court shall enter judgment and close the

14 file.

15     IT IS SO ORDERED.

16

17 Dated: 11/6/2012

                  CLAUDIA WILKEN
18                   United States District Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2