IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES HERNANDEZ, JR.,
AKA GILBERT ROBLES, JR., ,

    Petitioner,

  v.

COMMUNITY HOSPITAL,

    Respondent.
_____/

No. C 12-5400 CW (PR)

ORDER OF DISMISSAL

    Petitioner, a state prisoner, has filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It is not clear whether he is challenging the validity of his conviction or matters related to the conditions of his confinement. The Northern District, however, is not the proper venue for either challenge.

    A petition for a writ of habeas corpus filed by a state prisoner in a state that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, Petitioner was convicted in Riverside County Superior Court, which lies within the venue of the Central District of California. See 28 U.S.C. § 84(c)(1). Therefore, if he seeks to challenge his state court conviction, jurisdiction is

more appropriate in the United States District Court for the Central District of California.

Further, Petitioner is incarcerated at Kern Valley State Prison, which is located in Kern County and lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Thus, if Petitioner seeks to challenge the conditions of his confinement at Kern Valley State Prison, he must file a civil rights complaint in the Eastern District. See 28 U.S.C. § 1391(b).

For the foregoing reasons, the petition is DISMISSED without prejudice to Petitioner's refiling a petition and/or civil rights complaint in the appropriate court.

The Clerk of the Court shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 11/6/2012

CLAUDIA WILKEN
United States District Judge