IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES HERNANDEZ, JR., AKA GILBERT ROBLES, JR., ,<br><br>    Petitioner,<br><br>  v.<br><br>COMMUNITY HOSPITAL,<br><br>    Respondent.<br>_____/ | No. C 12-5400 CW (PR)<br><br>JUDGMENT |

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/6/2012

CLAUDIA WILKEN
United States District Judge