IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES HERNANDEZ, JR.,
AKA GILBERT ROBLES, JR., ,

    Petitioner,

  v.

COMMUNITY HOSPITAL,

    Respondent.
_____/

No. C 12-5400 CW (PR)

JUDGMENT

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/6/2012

CLAUDIA WILKEN
United States District Judge